**F & G RESEARCH, INC.,**
Plaintiff–Appellant,

v.

GOOGLE, INC., Defendant–Appellee.

No. 2008–1092.

United States Court of Appeals,
Federal Circuit.

March 13, 2008.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**W. David MOTSON, Plaintiff–
Appellant,**

v.

FRANKLIN COVEY CO. and Affinity,
Inc., Defendants–Appellees.

No. 2008–1002.

United States Court of Appeals,
Federal Circuit.

March 13, 2008.

### ORDER

Order Vacated, See 2008 WL 1766917.

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.